AO108(2/90) Application for Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

Up to $8086.71 in U.S. funds on deposit in SunTrust Bank Account #xxxxx3458, held in the name of **Paul Justin Mathews**

**APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT**

CASE NUMBER:

I ___Debra L. LaPrevotte___ being duly sworn depose and say:

I am a(n) ___Special Agent with the Federal Bureau of Investigation___ and have reason to believe that in the District of Columbia there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

Up to $8086.71 in U.S. funds on deposit in SunTrust Bank Account #xxxxx3458, held in the name of **Paul Justin Mathews**

which is (state one or more bases for seizure under the United States Code)

subject to seizure under 18 U.S.C. § 981(b) as property subject to forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(A) (Money Laundering)

concerning a violation of Title _18_ United States Code, Section(s) _981(a)(1)(A)_. The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

William R. Cowden
Asset Forfeiture Unit, Criminal Division
(202) 307-0258

Signature of Affiant
Debra L. LaPrevotte, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer